

# NUMBER 13-12-00436-CR

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

JASON CHAVEZ,                                                            Appellant,

v.

THE STATE OF TEXAS,                                                      Appellee.

## On appeal from the 94th District Court
## of Nueces County, Texas.

## MEMORANDUM OPINION

### Before Justices Garza, Benavides, and Perkes
### Memorandum Opinion Per Curiam

Appellant, Jason Chavez, attempts to appeal his conviction for evading arrest. The trial court has certified that this "is a plea-bargain case, and the defendant has NO right of appeal." *See* TEX. R. APP. P. 25.2(a)(2).

On July 10, 2012, this Court notified appellant's counsel of the trial court's certification and ordered counsel to: (1) review the record; (2) determine whether appellant has a right to appeal; and (3) forward to this Court, by letter, counsel's findings as to whether appellant has a right to appeal, or, alternatively, advise this Court as to the existence of any amended certification.

Counsel did not respond to the Court's order and on August 29, 2012, this Court abated and remanded the cause to the trial court for findings of fact and conclusions of law. Based on the trial court hearing, the trial court judge found that appellant waived his right to appeal pursuant to his plea agreement and therefore has no legal right to appeal, and appellant no longer wishes to pursue his appeal. A motion to voluntarily dismiss the cause has not been filed. Appellant's counsel has filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 744 (1967).

The Texas Rules of Appellate Procedure provide that an appeal must be dismissed if the trial court's certification does not show that the defendant has the right of appeal. TEX. R. APP. P. 25.2(d); *see* TEX. R. APP. P. 37.1, 44.3, 44.4. Accordingly, this appeal is DISMISSED. Any pending motions are dismissed as moot.

PER CURIAM

Do not publish. *See* TEX. R. APP. P. 47.2(b).

Delivered and filed the
7th day of March, 2013.

2